UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,                               Case No. 21-cr-20088

v.                                             Hon. Shalina D. Kumar
                                                 United States District Judge

Jeremy McCallum,

        Defendant.

---

**Stipulation to Extend Government's Time to
Respond to Defendant's Motion to Suppress**

---

The parties, by their respective counsel, stipulate that the government's time to respond to the defendant's Motion to Suppress (R. 54) shall be extended for 21 days, with the government's response now due on November 2, 2022.

**IT IS SO STIPULATED.**

Respectfully submitted,

| | |
|---|---|
| *s/Christopher W. Rawsthorne* | *s/Henry M. Scharg* (with consent) |
| CHRISTOPHER W. RAWSTHORNE | HENRY M. SCHARG |
| Assistant United States Attorney | Attorney for Defendant |
| 211 W. Fort Street, Suite 2001 | 30445 Northwestern Hwy., Suite 225 |
| Detroit, Michigan 48226 | Farmington Hills, Michigan 48334 |
| Phone: 313-226-9160 | Phone: 248-596-1111 |
| Christopher.Rawsthorne@usdoj.gov | hmsattyatlaw@aol.com |

Dated: October 12, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

      Plaintiff,                        Case No. 21-cr-20088

v.                                    Hon. Shalina D. Kumar
                                       United States District Judge

Jeremy McCallum,

      Defendant.

---

**Order to Extend Government's Time to
Respond to Defendant's Motion to Suppress**

---

The Court orders that based upon the stipulation of the parties, the government's time to respond to the defendant's Motion to Suppress (R. 54) is now extended 21 days until November 2, 2022.

**IT IS SO ORDERED**.

                                                    s/Shalina D. Kumar
                                                   HON. SHALINA D. KUMAR
                                                   United States District Judge

Entered: October 17, 2022